## JOSEPH WITTNER, RESPONDENT, v. REINHOLD VON MINDEN, APPELLANT.

*Attachment — cannot issue in an action to recover damages for fraudulently obtaining goods — Code of Civil Procedure, §§ 635, 636.*

Under the provisions of the Code of Civil Procedure, an attachment cannot be issued against the property of a defendant, in an action brought simply to recover damages for obtaining goods by false and fraudulent representations.

APPEAL from an order made at Special Term, denying a motion to vacate an attachment.

*Ferdinand Kursman,* for the appellant.

*F. S. Hahn,* for the respondent.

BRADY, J.:

This is an action to recover a sum of money only, to wit, $377.55, as damages for obtaining goods by false and fraudulent representations, as appears from the attachment. The defendant moved to discharge the attachment, upon the ground that there was no provision in the Code allowing the issuance of such a process upon such an allegation.

Section 635 of the Code of Civil Procedure designates the actions in which a warrant of attachment may be granted, and section 636 declares what must be shown in order to procure one ; and in neither of these sections is there any reference made to claims resting upon allegations of fraud in contracting the debt. It is not provided by either that an attachment may issue in an action brought to recover the price or value of goods which were obtained by false representations.

It may be that if the action were trover, under section 635 an attachment might issue.

But that question is not involved upon this appeal, and it is not, therefore, necessary to consider it. It is sufficient to say that the sections to which reference has been made do not authorize, in an action like this, the granting of an attachment upon the charge on which it rests herein.

The views presented upon this appeal by the learned counsel for the appellant must therefore prevail, and the order appealed from be reversed, and the attachment discharged, with ten dollars costs and the disbursements of the appeal.

DANIELS, J., concurred.

Present — BRADY, P. J., and DANIELS, J.

Order reversed, and attachment discharged, with ten dollars costs and disbursements.